**ORDERED ACCORDINGLY.**

**TIFFANY & BOSCO**
P.A.

**Dated: October 09, 2009**



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21300/0032445611

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-11912-GBN |
| Bryan Lee Reynolds | Chapter 13 |
| Debtor. | ORDER |
| PHH Mortgage Corporation | |
| Movant, | (Related to Docket #21) |
| vs. | |
| Bryan Lee Reynolds, Debtor, Edward J. Maney, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 19, 2005 and recorded in the office of the Maricopa County Recorder wherein PHH Mortgage Corporation is the current beneficiary and Bryan Lee Reynolds has an interest in, further described as:

>  LOT ONE BUNDRED TWENTY-NINE (129), RANCHO MIRAGE UNIT II PARCEL II, PHASE 2 ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OFTHE COUNTY RECORDER OF MARISCOPA COUNTY, ARIZONA, RECORDED IN BOOK 545 OF MAPS, PAGE 1.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this \_\_\_\_day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT